IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 1:06cv797-MHT |
| | ) | |
| ULTIMATE BUSINESS | ) | |
| SOLUTIONS, | ) | |
| | ) | |
|    Defendant. | ) | |

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge assigned to this case for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 15th day of September, 2006.


        /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE