IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

       Plaintiff,            Caae Number 06cv 797-MHT

VS.

ULTMATE BUSINESS SOLUTIONS,

       Defendant,


PAYMENT OF FILLING FEES


The plaintiff is asking the court if the plaintiff can pay filling fees in two Payments. Even though the payment of filling fees of $350.00 are to paid to the court before or on the date of October 9th 2006.

The plaintiff is requesting a Jury trail for this case. The plaintiff is asking the court to prepare a Jury Trail for this case. The plaintiff is asking the courts to prepare for a Jury trail.

                                  */s/ Angela Denise Nails*
                                  ANGELA DENISE NAILS
                                  PRO SE

RECEIVED 2006 SEP 25 A 9:17