IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV797-MHT |
| | ) | [WO] |
| ULTIMATE BUSINESS SOLUTIONS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

Angela Nails ["Nails"], the pro se plaintiff in this case, has filed a pleading entitled "Payment of Filing Fees" (Doc. # 5). The court previously construed it as a Motion For Payment of Filing Fees, following the court's order of 19 September 2006 (Doc. # 4), which required Nails to pay the civil filing fee of $350.00 before proceeding with the prosecution of her claims. The court now also construes it as a Motion for Jury Trial.

Nails now seeks to pay the filing fee in "two Payments" [sic], and she represents that she can make the payments "before or on the date of October 9th 2006". Accordingly, it is

ORDERED that Nails's motion is GRANTED, and she is directed to make her full payment of $350.00 on or before 9 October 2006. Until that time, further proceedings in this case are STAYED. It is further

ORDERED that the motion for jury trial is GRANTED.

DONE this 29th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE