IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 OCT -4 A 9: 35

ANGELA DENISE NAILS,

        Plaintiff,                CASE NO 06CV797-MHT {WO}

ULTIMATE BUSINESS SOULITIONS,

MOTION FOR DEFENDANT TO
PAY COURT COST

The plaintiff in the case is asking the court to have the defendant to pay the court cost and any other cost of the hearing cost. If the defendants do not responded to complaint or lose the case.

_____
ANGELA DENISE NAILS

PRO SE