IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06CV797-MHT |
| | ) | [WO] |
| ULTIMATE BUSINESS SOLUTIONS, | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the plaintiff's Motion for Defendant to Pay Court Cost, filed on 5 October 2006 (Doc. # 7), is DENIED. The motion is premature, and the plaintiff is DIRECTED to refrain from filing further motions in anticipation of the outcome of this litigation.

DONE this 5th day of October, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE