| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Mark Wilken    C. Date of Delivery: 11-6 |
| 1. Article Addressed to:<br><br>Ultimate Business Solutions<br>c/o Legal Department<br>815 West 1st Avenue, Suite 146<br>Mesa, AZ 85202 | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>1:06 CV 797-MHT<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0000 0733 2526 |

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540