IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHER DIVISION

RECEIVED
2006 DEC -1  P 2: 35

P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANGELA DENISE NAILS,

    Plaintiff,   Case Number 06cv797-MHT

VS.

ULIMATE BUSINESS SOLUTIONS,

    Defendant,

## MOTION FOR DEFAULT JUDGEMENT

The plaintiff in the above style case number is motioning the court to find the defendant in default judgement against the complaint made against the defendant for the amount in the complaint. The complaint was mailed certified Service to the defendant and service was made upon the defendant Ultimate Business Solutions and sign for on November 7, 2006. The defendant has not made any answer to the plaintiff complaint against them as of December 1, 2006. The answer was due on November 27, 2006. Federal Civil Rule of Procedure rule 55 If the defendant dose not answer to the complaint within the allowed time the clerk is to make a **Default**

within the allowed time the clerk is to make a **Default Judgement** against the defendant as having no answer to the complaint made against the them.

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY