IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ULTIMATE BUSINESS )<br>SOLUTIONS, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:06cv797-MHT |

ORDER

It is ORDERED that defendant Ultimate Business Solutions show cause, if any there be, in writing by December 29, 2007, as to why plaintiff Angela Denise Nails's motion for default judgment (doc. no. 11) should not be granted.

Defendant Ultimate Business Solutions is informed that if it fails to respond within the time allowed, the court may be granted the motion and damages awarded in the amount requested.

DONE, this the 5th day of December, 2006.

                            /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE