IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

2006 DEC -8 A 10:08

A. P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

ANGELA DENISE NAILS,

      Plaintiff,               Case No. 1:06cv797-MHT

ULTIMATE BUSINESS SOLUTIONS,

      Defendant,

AMEND ORDER DATE

The plaintiff in this case has received a order for the defendant to show cause. The defendant is to respond to the show cause order by December 29, 2007. The plaintiff would like the court to correct the error made the year 2007 to be 2006. The plaintiff request to the court to reconsider Civil Rule Procedure **55 (A) judgment by default.** The plaintiff is asking the court to reconsider Civil Rule **17 JUDGEMENT (A) (E)**. If the court dose not reconsider the default judgement the plaintiff would ask the court to also shorten the time the defendant can answer the **SHOW CAUSE**. The plaintiff has spent many hours and $350.00 to ask the court to provide services in this complaint. The defendant did not respond to the complaint and has not made any attempt to respond within the time allowed after

service of the complaint. The plaintiff direction is that the defendant has prepared themselves and has given their answer to the plaintiff complaint as default.

*Angela Denise Nails*

ANGELA DENISE NAILS

PRO SE ATTORNEY