IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
ANGELA DENISE NAILS,        )
                            )
    Plaintiff,              )
                            )
                            )    CIVIL ACTION NO.
    v.                      )     1:06cv797-MHT
                            )
ULTIMATE BUSINESS           )
SOLUTIONS,                  )
                            )
    Defendant.              )
```

ORDER

It is ORDERED as follows:

(1) The motion to amend (doc. no. 13) is granted.

(2) The show-cause order (doc. no. 12) is vacated.

DONE, this the 19th day of December, 2006.

                                             /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE