IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv797-MHT |
| | ) | |
| ULTIMATE BUSINESS SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

### SUBSTITUTED ORDER

It is ORDERED that defendant Ultimate Business Solutions show cause, if any there be, in writing by January 5, 2007, as to why plaintiff Angela Denise Nails's motion for default judgment (doc. no. 11) should not be granted.

Defendant Ultimate Business Solutions is informed that if it fails to respond within the time allowed, the court may grant the motion and damages awarded in the amount requested.

DONE, this the 19th day of December, 2006.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE