IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,    Case No. 1:06cv797-MHT

ULTIMATE BUSINESS SOLUTIONS,

    Defendant,

## MOTION STATEMENT

The plaintiff in the above style case has sent a motion to the court asking the court to change only the year of the **SHOW CAUSE ACTION**. The court gave the defendant and extenuation. The plaintiff in the case is asking the court to consider the original date given to the defendant with the year being 2006. FRCP Rule 60 **SHOW CAUSE ACTION**. The plaintiff is asking that the defendant be made to answer on the original date December 29. FRCP Rule 33a made mistake which may be extremely dangerous form litigation.

*Angela Denise Nails*
_____
ANGELA DENISE NAILS

*PRO SE ATTORNEY*

## Certificate of service

*Certificate of service the date of below. The service of copies have been served on the below address. The service has been mail by United States Mail.*

United States Middle District Of Alabama
Post Office Box 711
Montgomery, Alabama 36101

This 21, day of December, 2006

*Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORNEY