IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,    ) | |
| ) | |
|    Plaintiff,    ) | |
| ) | CIVIL ACTION NO. |
| v.    ) | 1:06cv797-MHT |
| ) | |
| ULTIMATE BUSINESS    ) | |
| SOLUTIONS,    ) | |
| ) | |
|    Defendant.    ) | |

## ORDER

It is ORDERED the plaintiff's motion for reconsideration (doc. no. 16) is denied.

DONE, this the 28th day of December, 2006.


                    /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE