IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

*ANGELA DENISE NAILS,*

    *Plaintiff,*

*ULTIMATE BUSINESS SOLUTIONS,*

    *Defendant,*

Case No. *1:06cv797-MHT*

## MOTION OF ADDRESS TAMPERING

*The plaintiff in the case would like to insure that the service to the defendant is correct. The plaintiff was mailed a notice on October 18, 2006 asking for the following information.*

*(1) Two (2) Summons per defendant*

*(2) A file stamped copy of the complaint filed in this case*

*(3) Prepaid envelope, which includes enough postage for Certified Mail/Return Receipt Requested*

*(4) Green Return Receipt card with the Clerk's office address listed so it can be returned to our office(address listed at the top of letter). The notice is part of the motion for the court to see.*

*The plaintiff mailed back all the information requested to the Clerk's Office for service. Again on October 24, 2006 the plaintiff received another notice stating pursuant to our letter that we mailed out to you on October 20, 2006. We are returning this pleading. We are refraining form accepting any pleadings as stated in the letter you received. We are also returning this money order in the amount of $.5.60 as well as the $0.90 in postage that you sent. You must provide us with actual postage affixed to the envelope in order to provide service.*

*The plaintiff mailed back the documents for service and envelope stamped and certification slip and green certification card with the written address on both side of the green certification card to the Clerk's Office for the defendant to be served.*

*The plaintiff received two clarification letters from the Clerk's Office requesting mailing information correction for the plaintiff to correct. Clerk's Office did not notify the plaintiff a third time when the green certification card and the Summons had a different addres. The Clerk's Office mailed out the complaint, Summons and green card to the defendant.*

*The plaintiff contacted the Clerk's Office on January 5, 2007 requesting the Clerk's Office to give the plaintiff information form the complaint file. The plaintiff ask the Clerk's Office the address on the green certification card. The plaintiff was told that Clerk's Office removed the address on the green certification card the plaintiff printed on the green certification card and placed a label over the green certification card because the adress on the Summons did not match the green certification card.*

*In the past the Clerk's Office wrote letters to the plaintiff to make corrections. The plaintiff is aware that the green certification card is return to the Clerk's Office after service to the defendant. The plaintiff is aware that the Summons is not return back to the Clerk's Office with the green certification card. The plaintiff was told by the Clerk's Office that the green certification card had the incorrect address on the green certification card and the Summons is what address that is use to mail for service to defendant(s). The plaintiff proceeded by the Order from the court to redue the orignal complaint. The plaintiff redone the complaint and made all a Clear Statement which was Order by the*

*court Sepetmber 19, 2006. The Clear Statement was made clear on issues stated in the Order of the court. The Clear Statement has the mailing address in the Clear Statement. As the Court Order dated September 19, 2006 to make Clear Statement about the original complaint.*

*The plaintiff mailed the green certification card to the Clerk's Office the certification card is sign by Mark Wilson who is a person who is working for Ultimate Business Solution at the same address in the Clear Statement.*

*The issue at hand is that the Clerk's Office remotely meant to cover the green certification card with a label. The address on the return green certification card and on the Summons were not the same.*

The Clerk's Office two times mailed a letter to the plaintiff asking for corrections but did not ask for any corrections to the address between the Summons and the green certification card. The Clerk's Office put the label over the address on the green certification to match the Summons without any future contact of a written letter to the plaintiff as the Clerk's Office did in the past asking the plaintiff to make corrections to court service.

*Angela Denise Nails*
_____
ANGELA DENISE NAILS

*PRO SE ATTORNEY*