IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA DENISE NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:06cv797-MHT |
| | ) | |
| ULTIMATE BUSINESS SOLUTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Because the court has yet to determine whether it has jurisdiction, it is ORDERED that the motion for judgment (doc. no. 20) is denied.

DONE, this the 18th day of January, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE