Case 1:06-cv-00797-MHT-WC   Document 24   Filed 01/19/2007   Page 1 of 2

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

2007 JAN 19 A 9:49

**ANGELA DENISE NAILS,**

                *Plaintiff,*        *Case No. 1:06cv797-MHT*

**ULTIMATE BUSINESS SOLUTIONS,**

                *Defendant,*

**MOTION TO RELEASE DAMAGES**

    *The plaintiff in the case is submitting to the damages owed to the plaintiff in the complaint. Judge Myron H. Thompson issue of the order dated January 11, 2007 to Show –Cause is not appropriate in the plaintiff case. Over six months ago Judge Myron H. Thompson order that the plaintiff pay a filing fee of $350.00 before the case against the defendant could go forward. The plaintiff paid the filing fees and the complaint was mailed to the defendant. Judge Myron H. Thomson knew the facts and issues in the complaint before ordering the filing fees payment. Judge Myron H. Thompson now wants the plaintiff to Show Cause. The Show-Cause is unfair because of the orders previously form the court. The plaintiff wants the release of the damages of $45**MILLION DOLLARS***. If the court dose not correspond with the request of the plaintiff of the release of the*

*$45Milliion Dollars the plaintiff is seeking the court to give the plaintiff back the plaintiff filing fees paid to the court of the amount of $350.00. Because the plaintiff has done everything that the Judge Myron Thompson has stated in the court orders issued by Judge Myron Thompson and the defendant did not answer any of the complaints against them it would seem only fair that the court release the damage amount of $45**MILLION DOLLARS**.*

*(signature)*
_____
*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*