IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,              ) | |
|     Plaintiff,                        ) | |
|                                              ) | CIVIL ACTION NO. |
| v.                                             ) | 1:06cv797-MHT |
| ULTIMATE BUSINESS           ) | |
| SOLUTIONS,                          ) | |
|     Defendant.                     ) | |

## ORDER

It is ORDERED that the motion to refund (doc. no. 23) is denied.

DONE, this the 23rd day of January, 2007.

                                                  /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE