IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, | ) |
| | ) |
|    Plaintiff, | ) |
| | )   CIVIL ACTION NO. |
|    v. | )    1:06cv797-MHT |
| | ) |
| ULTIMATE BUSINESS | ) |
| SOLUTIONS, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

It is ORDERED that the motion to release damages (doc. no. 24) is denied.

DONE, this the 23rd day of January, 2007.

      /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**