IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,                    Case No. 106cv797-MHT

    Plaintiff,

Vs

ULTIMATE BUSINESS SOLUTIONS,

    Defendant,

## MOTION FOR JUDGEMENT

The plaintiff in the case is filing a motion of judgement against the defendant FRCP Rule 55. The plaintiff has not received an answer form the defendant on the last order from the court asking the defendant to answer to the plaintiff complaint. Because the order states the defendant answer as due January 5, 2007 not any response was written to the plaintiff from the defendant before the deadline date. The plaintiff award judgement order should be render.

*/s/ Angela Denise Nails*
ANGELA DENSIE NAILS
PRO SE ATTORNEY