IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALANMA
SOUTHERN DIVISION

**ANGELA DENISE NAILS,**

      *Plaintiff,*        Case No. 1:06cv-797-MHT

**ULIMATE BUSINESS SOLUTION,**

      *Defendant,*

## MOTION JURSDICTION

The plaintiff jurisdiction for this case falls in Federal District Court jurisdiction. Jurisdiction FRCP Rule 12 (b)(1)(2). Constitution Subject mattter jurisdiction Article III. Subject matter juisdicrtion power to hear the kind of cases a lawsuit involves. Personal Jurisdiction power over the parties involved in the lawsuit. There is also the Full Faith and Credit FRCP Rule.

*/s/ Angela Denise Nails*
ANGELA DENISE NAILS

PRO SE ATTORENY