IN THE UNITED STATES DISTRICT FOURT
FOR THE MIDDLE DISTRICT OF ALABMA
SOUTHERN DIVISION

ANGELA DENISE NAILS,

Plaintiff,   Case 1:06cv-797-MHT

ULITMATE BUSINESS SOLUTION,

Defendant,

MOTION SHOW CAUSE JURISDICTION

The plaintiff response has already been mailed to the court under Motion Jurisdiction. The plaintiff has issues with the court about jurisdiction. Federal Rule Civil Procedure 12(b) (1)(2) jurisdiction falls in the Federal District Court jurisdiction. The plaintiff case is not a diversity issue in the plaintiff complaint which the case has to be $75,000.00 at least. The show cause order indecates on page 3 the case does not appear to meet the requirement of more-than-$75,000.00 amount in controversy and goes onto say when deciding whether the jurisdictional amount pled in the complaint meets the reqirement of 28 U.S.C. 1332(a) the claim alleged must "appear to a legal certainty{to be} really for less that the jurisdictional amount." In this case Federal Rule of Civil Procedure 28 U.S.C. 1332(a) dose not apply because of the plaintiff complaint is for the amount of $45,0000000 forty

*five million dollars. This amount is beyond the amount of more-than-$75,000.00 and not less than the Federal Rule statues $75,000.00 in the Federal Rule of Civil Procedure 28 U.S.C. 1332(a) the claim alleged.*

*Angela Denise Nails*
_____
*ANGELA DENISE NAILS*

*PRO SE ATTORNEY*