IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,          )<br>                              )<br>   Plaintiff,                 )<br>                              )     CIVIL ACTION NO.<br>   v.                         )      1:06cv797-MHT<br>                              )<br>ULTIMATE BUSINESS             )<br>SOLUTIONS,                    )<br>                              )<br>   Defendant.                 ) | |

## ORDER

It is ORDERED that the motion for judgment (doc. no. 27) is denied.

DONE, this the 29th day of January, 2007.

                     /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE