IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:06cv797-MHT |
| ) | |
| ULTIMATE BUSINESS ) | |
| SOLUTIONS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that the motion for default judgment (doc. no. 11) is denied.

DONE, this the 29th day of January, 2007.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE

Case 1:06-cv-00797-MHT-WC    Document 32    Filed 01/29/2007    Page 2 of 2