IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ULTIMATE BUSINESS )<br>SOLUTIONS, )<br>)<br>   Defendant. ) | CIVIL ACTION NO.<br>1:06cv797-MHT |

ORDER

It is ORDERED that the motion for the court to take jurisdiction (doc. no. 28) is denied.

DONE, this the 29th day of January, 2007.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE