IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ANGELA DENISE NAILS,

    Plaintiff,

Case No. 1:06cv797-MHT
(WO)

vs.

ULTIMATE BUSINESS SOLUTION,

    Defendant,

## MOTION

Judge Vanzetta Pen Mcpherson United States Magistrate Judge forward the motion request to the judges office.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY

IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ANGELA DENISE NAILS,

        Plaintiff,                  Case No. 1:06cv797-MHT
                                                (WO)

vs.

ULTIMATE BUSINESS SOLUTION,

        Defendant,

MOTION

Judge Vanzetta Pen Mcpherson United States Magistrate change the name to the defendant having to pay cost because plaintiff is entitled to money back because the defendant(s) never responded to the court to show cause and the cost should be tax to the individual who did not respond to the complaint or any order from the court(s), Doc. No. 34. The show-Cause order Doc no 15 should be the same as show-cause order Doc no 12 vacate.

_____
ANGELA DENISE NAILS
PROSE ATTORNEY