IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| ANGELA DENISE NAILS,             )<br>                                 )<br>    Plaintiff,                   )<br>                                 )<br>    v.                           )<br>                                 )<br>ULTIMATE BUSINESS                )<br>SOLUTIONS,                       )<br>                                 )<br>    Defendant.                   ) | CIVIL ACTION NO.<br>1:06cv797-MHT |

### ORDER

It is ORDERED that plaintiff's motion for reconsideration (doc. no. 36) is denied.

DONE, this the 30th day of July, 2007.

                     /s/ Myron H. Thompson
                    **UNITED STATES DISTRICT JUDGE**