Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

November 20, 2007

**Appeal Number: 07-14821-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number: 06-00797 CV-T-S

TO:  Debra P. Hackett

CC:  Angela Denise Nails

CC:  Ultimate Business Solutions

CC:  Administrative File

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

November 20, 2007

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14821-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number: 06-00797 CV-T-S

The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————

No. 07-14821-G

———————————

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV 2 0 2007
THOMAS K. KAHN
CLERK

ANGELA DENISE NAILS,

                                      Plaintiff-Appellant,

versus

ULTIMATE BUSINESS SOLUTIONS,

                                      Defendant-Appellee.

———————————

Appeal from the United States District Court for the
Middle District of Alabama

———————————

Before CARNES, BARKETT, and HULL, Circuit Judges.

B Y  T H E  C O U R T:

    This appeal is DISMISSED, sua sponte, for lack of jurisdiction. Appellant's October 9, 2007, notice of appeal is untimely to appeal from the district court's January 31, 2007, final judgment. Fed.R.App.P. 4(a)(1)(A); Rinaldo v. Corbett, 256 F.3d 1276, 1278 (11th Cir. 2001).

    No motion for reconsideration may be filed unless it complies with the timing and other requirements of 11th Cir.R. 40-4 and all other applicable rules.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit
By: Wall-fellait
Deputy Clerk
Atlanta, Georgia