RECEIVED

2008 JAN 25 A 10: 02

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

January 22, 2008

**Appeal Number: 07-14821-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number: 06-00797 CV-T-S ()

CC:   Angela Denise Nails

CC:   Ultimate Business Solutions

CC:   Debra P. Hackett

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 22, 2008

RECEIVED
2008 JAN 25 A 10: 02
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 07-14821-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number: 06-00797 CV-T-S ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-14821-G

ANGELA DENISE NAILS,

                        Plaintiff-Appellant,

versus

ULTIMATE BUSINESS SOLUTIONS,

                        Defendant-Appellee.

Appeal from the United States District Court for the
Middle District of Alabama

Before CARNES, BARKETT, and HULL, Circuit Judges.

BY THE COURT:

    Appellant's December 12, 2007, motion for reconsideration of our November 20, 2007, order dismissing this appeal for lack of jurisdiction, is DENIED.