IN AND THE MIDDLE DISTRICT COURT IN THE STATE
OF ALABAMA AND THE COUNTY OF MONGOMERY

ANGELA DENISE NAILS,

    Plaintiff,

vs.

    Case No.1:06-cv797-MHT-VPM

ULIMATE BUSINESS SOULATION

    Defendant,

MOTION TO RETURN FEES

The interest in this case number is that there was a jury trail requested and there was not a jury trail ever given. There was $350.00 that the clerks office received receipt number 111731 10/10/06. There should be a refund due back. The refund can be mailed to the address below.

Denise Nails
116 East Street Apartment 46
Carrollton, Alabama 35446
(205) 367-1123

Thanks

*Denise Nails*

Denise Nails