IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

ANGELA DENISE NAILS,            )
                                )
        Plaintiff,              )
                                )       CIVIL ACTION NO.
        v.                      )       1:06cv797-MHT
                                )
ULTIMATE BUSINESS               )
SOLUTIONS,                      )
                                )
        Defendant.             )

ORDER

It is ORDERED that the motion to return fees (Doc. No. 44) is denied.

DONE, this the 7th day of April, 2008.

_____/s/ Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE