# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.call.uscourts.gov

May 1, 208

Debra P. Hackett
Clerk, U.S. District Court
15 Lee Street, Ste 206
Montgomery, AL 36104

    RE: Angela Denise Nails
    DC No. 2:08cv265; 1:06cv797; 2:08cv289

Dear Ms. Hatchett:

Enclosed are three (3) notice of appeals erroneously forwarded to this court and now forwarded to your court for review. *If this is indeed a valid notice of appeal,* please file as of the date received ( April 28th) by this court, in accordance with Fed.R.App.P. 4(a)(1).

                  Sincerely,

                  THOMAS K. KAHN, Clerk

                  By: CaCelia Williams
                  Case Initiation

THE UNITED STATES APPEALS COURT

ANGELA DENISE NAILS,

       Plaintiff,                        Case No.

vs

ULTIMATE BUSINESS SOLUTIONS,

       Defendant,

## MOTION TO APPEALS COURT

The Plaintiff is appealing the case from the Middle District Court case no 1:06-cv-797-MHT.

_Angela Denise Nails_
ANGELA DENISE NAILS
PRO SE ATTORNEY