Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

_____

June 25, 2008

**Appeal Number: 08-12601-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number:  06-00797  CV-T-S ()

TO:    Angela Denise Nails

CC:    Ultimate Business Solutions

CC:    Debra P. Hackett

CC:    Administrative File

# United States Court of Appeals

Eleventh Circuit

56 Forsyth Street, N.W.

Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 25, 2008

Angela Denise Nails
116 EAST ST # 46
CARROLLTON  AL  35447-2016

**Appeal Number: 08-12601-G**
Case Style: Angela Denise Nails v. Ultimate Business Solutions
District Court Number:  06-00797  CV-T-S ()

The following action has been taken in the referenced case:

    The enclosed order has been ENTERED.

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk without further notice  unless you pay to the **DISTRICT COURT** clerk the $450 docket and $5 filing fees (total of $455), with notice to this office.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Walter Pollard (404) 335-6186

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 08-12601-G

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 2 5 2008

THOMAS K. KAHN
CLERK

ANGELA DENISE NAILS,

                                             Plaintiff-Appellant,

    versus

ULTIMATE BUSINESS SOLUTIONS,

                                             Defendant-Appellee.

_____

Appeal from the United States District Court for the
Middle District of Alabama

_____

ORDER:

Appellant has filed a motion for leave to proceed on appeal in forma pauperis in order to

appeal the district court's denial of her motion for return of the district court's filing fee. Appellant

asserted that she was entitled to a refund of $350.00 filing fee because she was not granted a jury

trial. Pursuant to 28 U.S.C. § 1914, "[t]he clerk of each district court shall require the parties

instituting any civil action, suit or proceeding in such court, whether by original process, removal

or otherwise, to pay a filing fee of $350 . . . ." There is no provision giving a plaintiff the right to

a refund of the filing fee when she is not granted a jury trial. Accordingly, appellant's motion for

leave to proceed on appeal in forma pauperis is DENIED because the appeal is frivolous. See Pace

v. Evans, 709 F.2d 1428 (11th Cir. 1983).

_____
UNITED STATES CIRCUIT JUDGE